UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

Case No. 6:20-cv-1359-Orl-41EJK

MARC DIXON,

    Plaintiff,

vs.

PICSOLVE, INC.

    Defendant.
_____/

**MOTION FOR ENTRY OF DEFAULT JUDGMENT BY CLERK**

Plaintiff, MARC DIXON ("Dixon"), pursuant to Fed. R. Civ. P. 55(b), moves for entry of judgment by default against Defendant, PICSOLVE, INC. ("Picsolve"), and states as follows:

1. A default was entered against Picsolve in this action on November 16, 2020 for failure to appear and defend after being served with process. (D.E. 13).

2. Picsolve has not made an appearance or filed any paper in this action since entry of default.

3. Dixon's claim against Picsolve in this action is for a sum certain or a sum that can be made certain by computation. As shown in the Plaintiff's Declaration in Proof of Claim (D.E. 14), the total amount of the claim is $111,634.56.

Wherefore, Dixon respectfully requests that the Clerk of Court enter a final judgment against Picsolve for $111,634.56.

/s/Philip K. Calandrino
Philip K. Calandrino
phil@forwardlawfirm.com
litigation@forwardlawfirm.com
Florida Bar No. 143730
Forward Law Firm, P.A.
175 Lookout Place, Suite 100
Maitland, Florida 32751
(407) 621-4200
Attorney for Plaintiff, Marc Dixon
